UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. **DECISION AND ORDER**

Bellarmin Namegabe 12-CR-312S

Defendant.

1. On October 29, 2012, the Defendant entered into a written plea agreement (Docket No. 12 ) and pled guilty to a One Count Felony Information (Docket No. 11) charging a violation of Title 8 U.S.C. § 1324(a)(1)(A)(iv) and (a)(1)(B)(ii) (encouraging an illegal alien to come to the United States).

2. On November 1, 2012, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 13) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge McCarthy's November 1, 2012, Report and Recommendation, the plea agreement, information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge McCarthy's Report and Recommendation, and will accept Judge McCarthy's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge McCarthy's November 1, 2012, Report and Recommendation (Docket No. 13) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Bellarmin Namegabe is accepted, and he is now adjudged guilty of Title 8 U.S.C. § 1324(a)(1)(A)(iv) and (a)(1)(B)(ii).
.

SO ORDERED.

Dated: December 18, 2012
       Buffalo, New York

                                        s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                        Chief Judge
                                        United States District Court